UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK HULL,<br><br>        Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 14-cv-03332-JST<br><br>**ORDER APPROVING REQUEST TO APPEAR BY TELEPHONE**<br><br>Re: ECF No. 23 |

The Court hereby GRANTS the parties' stipulation to continue the case management conference currently scheduled for November 5, 2014 at 2:00 PM to November 12, 2014 at 2:00 PM.

The Court hereby GRANTS Plaintiff and Defense Counsel's request to appear by telephone at the conference now scheduled for November 12, 2014 at 2:00 PM. Not less than twenty-four hours before the conference, counsel shall contact the courtroom deputy at 415-522-2036 or jstcrd@cand.uscourts.gov to provide a direct dial number at which counsel can be reached for the conference.

**IT IS SO ORDERED.**

Dated: October 29, 2014

                                            JON S. TIGAR
                                   United States District Judge