# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK HULL,<br><br>          Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE<br>COMPANY OF AMERICA,<br><br>          Defendants. | Case No.: 3:14-cv-03332-JST<br><br>Action Filed:     7/23/2014<br><br>**[PROPOSED] PROTECTIVE ORDER PROHIBITING DISCLOSURE OF CONFIDENTIAL MATERIALS AND INFORMATION** |

1   GOOD CAUSE having been shown within the parties' Stipulation for
2 Protective Order Prohibiting Disclosure of Confidential Information and Materials
3 (the "Stipulation"), the Court hereby orders that the handling of confidential
4 documents or information in this case shall be governed by the terms of the
5 Stipulation.

6 Dated: November 12, 2014

_____
The Honorable
United States

IT IS SO ORDERED
Judge Jon S. Tigar

1